UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| MICHAEL CATANIA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-1418-JJB |
| ANCO INSULATIONS, ET AL. | |

# ORDER

Considering the Suggestion of Bankruptcy (doc. 145) filed on behalf of Chemtura Corporation, as successor to Chemtura USA Corporation f/k/a Crompton Manufacturing, Inc., f/k/a Uniroyal Chemical Company;

IT IS ORDERED that all claims against Chemtura Corporation, as successor to Chemtura USA Corporation f/k/a Crompton Manufacturing, Inc., f/k/a Uniroyal Chemical Company are hereby STAYED. Counsel for Chemtura shall notify the court in the event that the automatic stay is lifted.

Baton Rouge, Louisiana, this 31st day of March, 2009.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE