# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MICHAEL CATANIA, ET AL.                                    CIVIL ACTION

VERSUS                                                     NO. 05-01418

ANCO INSULATIONS, INC., ET AL.

## ORDER

Plaintiffs' Michael Catania, et al., are hereby DENIED their Motion for leave to file a supplemental opposition (Doc. 154).

Defendant Pharmacia's Motion to Strike (Doc. 156) Plaintiffs' Memorandum (Doc. 154-2) is hereby DENIED as moot.

Signed in Baton Rouge, Louisiana, on April 23, 2009.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**