UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MICHAEL CATANIA, ET AL.

VERSUS

ANCO INSULATIONS, INC., ET AL.

CIVIL ACTION

NO. 05-1418-JJB

### RULING AND ORDER

The matter before the Court is Defendant Royal Indemnity Company's motion in limine (doc. 248) to preclude lay opinion testimony regarding whether particular products released asbestos fibers. Plaintiffs filed an opposition. (Doc. 271.) The Court has jurisdiction pursuant to 28 U.S.C. § 1332.

Because Plaintiffs may be able to lay proper foundation before eliciting such testimony, the Court defers the motion in limine until the issue arises at trial. Accordingly, it is ordered that Defendant's motion in limine (doc. 248) to preclude lay opinion testimony regarding whether particular products released asbestos fibers is DEFERRED to trial.

Signed in Baton Rouge, Louisiana, on July 15, 2010.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA